**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**
---------------------------------------------------------X
ZHENHAI WEI,
FANGQIONG ZHONG,
JUNJIE ZHU, and
FANHE MENG
*on his own behalf and on behalf of others similarly situated*

                               Plaintiffs,
             v.

SICHUAN PEPPER INC
   d/b/a Sichuan Pepper;
TIAN LLC
   d/b/a Sichuan Pepper;
MICHEAL SHIEH, and
"JANE" YE

                             Defendants.
---------------------------------------------------------------x

Case No. 19-cv-00525

**MOTION FOR DEFAULT JUDGEMENT**

      Plaintiff, ZHENHAI WEI; FANGQIONG ZHONG, JUNJIE ZHU, and FANHE MENG (hereinafter "Plaintiffs"), on their own behalf and on behalf of others similarly situated hereby request that a judgement by default be entered against Defendant TIAN LLC d/b/a Sichuan Pepper (Hereinafter "Tian LLC" or "Defendant"), pursuant to the Federal Rules of Civil Procedure, Rule 55(a). In addition, Plaintiff request that defendant be jointly and severally liable as to plaintiffs' damages and attorneys' fees and costs decided in Magistrate Judge Thomas O. Farrish's opinion and Order dated January 17, 2022. In support of his request, plaintiff relies upon the record of the case, his lawyer has submitted and a memorandum of law which will be submitted along with his motion.

Dated: Flushing, NY
May 23, 2022

                                            Respectfully submitted,
                                            TROY LAW, PLLC

                                            /s/ John Troy
                                            John Troy
                                            41-25 Kissena Boulevard, Suite 103
                                            Flushing, NY 11355

Tel: (718) 762-1324  
Fax: (718) 762-1342  
troylaw@troypllc.com  
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on May 22, 2022, a copy of foregoing was filed electronically and served by mail on anyone available to accept electronic filing system or by mail for anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

*/s/ John Troy*
