UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ZHENHAI WEI,
FANGQIONG ZHONG,
JUNJIE ZHU,
FANHE MENG,
*on their own behalf and on*
*behalf of others similarly situated*

    *Plaintiffs*,                         3:19-cv-00525-JBA

    V.

SICHUAN PEPPER INC,
MICHAEL SHIEH, JANE YE,
TIAN LLC, TIANXIANG CHENG,

    *Defendants.*

## DEFAULT JUDGMENT

This action came on for consideration on the plaintiffs' motion for default judgment against defendant TIAN LLC (Doc. #132) before the Honorable Janet Bond Arterton, Senior United States District Judge. On February 7, 2022, default judgment entered against defendants Sichuan Pepper, Inc, Michael Shieh, and Jane Ye as set forth in the Court's ruling (Doc. #110). Defendant Tianxiang Cheng was dismissed from this action without prejudice on March 16, 2022 (Doc. #129). On May 24, 2022, default entered by the Clerk (Doc. #136) as to TIAN LLC. On June 15, 2022, the Court granted the plaintiffs' motion for default judgment against TIAN LLC as set forth in the ruling (Doc. #137). It is therefore;

ORDERED, ADJUDGED and DECREED that default judgment enter in favor of the plaintiffs and against the defendant, TIAN LLC d/b/a Sichuan Pepper, as set forth in the Court's rulings (Doc. #110 and Doc. #137), and the case is closed.

Dated at New Haven, Connecticut this 21st day of June, 2022.

                                                           DINAH MILTON KINNEY, Clerk
                                                           By: /s/ Julia Reis
                                                           Deputy Clerk

EOD: 6/21/2022